# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1833 | **DATE** | April 14, 2008 |
| **CASE TITLE** | Maestranzi v. Merck & Co., Inc. | | |

**DOCKET ENTRY TEXT:**

A status hearing is scheduled for May 29, 2008, at 9:00 a.m.

Docketing to mail notice.

| | Courtroom Deputy Initials: | mf |
|---|---|---|