UNITED STATES DISTRICT COURT
Southern District of New York
Office of the Clerk
500 Pearl Street
New York, N.Y. 10007
(212)805-0136

J. Michael McMahon
Clerk
N.D. OF ILLINOIS

Date:   05/06/2008

In Re:   FOSAMAX PRODUCTS

MDL     06 MD 1789

Your Docket #
08-1833

S.D. OF N.Y.
08 CV 4263

**FILED**
MAY 12 2008
MICHAEL W. DOBBINS
CLERK U.S. DISTRICT COURT

Dear Sir:

Enclosed is a certified copy of the order of the Judicial Panel on Multidistrict Litigation, transferring the above entitled action presently pending in your court, to the Southern District of New York and assigned to Judge KEENAN for coordinated or consolidated pretrial processing pursuant to 28 USC 1407.

Please return the copy of this letter when transmitting YOUR FILE and a CERTIFIED COPY OF THE DOCKET SHEET.

Sincerely,
J. Michael McMahon

By: Phyllis Adamik
MDL Unit
(212) 805-0646