MHW

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. District Court
   Southern District of New York
   500 Pearl Street
   New Yor, NY 10007

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

MAY 20 2008

U.S.D.C. - S.D.N.Y.

3. Service Type
   ☐ Certified Mail ☐ Express Mail
   ☐ Registered ☐ Return Receipt for Merchandise
   ☐ Insured Mail ☐ C.O.D.

☐ Yes

RECEIVED
MAY 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

08cv1833

FILED
MAY 28 2008
5-28-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT